JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO R. LOPEZ, <br><br> Plaintiff, <br><br> v. <br><br> DON BARNES, et al., <br><br> Defendants. | Case No. SACV 22-0084-DMG (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: December 14, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE